

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIA ELENA VENTURA, | § | No. 08-23-00352-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| MARIO GOMEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2020DCM0672) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Tex. R. App. P. 42.3(b).

Appellant filed a notice of appeal on December 13, 2023. The reporter's record was due to be filed on January 12, 2024. On December 29, this Court granted Christina A. Bohren, CSR, an extension of time to file the reporter's record in this cause. On February 6, 2024, Bohren notified this Court that Appellant had not requested the preparation of a reporter's record.

On March 21, 2024, the Clerk of this Court sent a letter to Appellant notifying her that it appeared that she no longer wished to pursue this appeal, as neither an appellant's brief nor a motion for an extension of time to file her brief had been filed. *See* Tex. R. App. P. 38.8(a)(1) (allowing an appellate court to dismiss an appeal for want of prosecution if no appellant's brief is

filed). The letter indicated that this Court would submit this cause for dismissal after ten days unless any party could show grounds for continuing the appeal. As of this date, Appellant has not filed an appellant's brief nor a motion for an extension of time to file her brief. Accordingly, we dismiss this appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1).

JEFF ALLEY, Chief Justice

April 22, 2024

Before Alley, C.J., Palafox and Soto, JJ.